| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>STELLA HAVKIN, Bar No. 134334<br>HAVKIN & SHRAGO<br>ATTORNEYS AT LAW<br>5950 Canoga Avenue, Suite 400<br>Woodland Hills, CA 91367<br>Telephone: (818) 999-1568<br>Facsimile: (818) 305-6040<br>email: stella@havkinandshrago.com | FOR COURT USE ONLY |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Debtor (Proposed)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>Edmund L. Anderson,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:20-bk-11333-NB<br><br>CHAPTER: 11<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING USE OF CASH COLLATERAL [11 U.S.C. § 363]**<br><br>This motion is being made under <u>**ONLY ONE**</u> of the following notice procedures:<br><br>☐ **Hearing requested on emergency basis: LBR 9075-1(a); or**<br>☒ **Hearing requested on shortened notice: LBR 9075-1(b); or**<br>☐ **Hearing set on regular notice: LBR 9013-1(d):**<br><br>DATE:<br>TIME:<br>COURTROOM: 1545<br>ADDRESS:    255 E. Temple Street, Los Angeles, California 90012 |

1. **PLEASE TAKE NOTICE THAT** the Debtor moves this court for an order authorizing the use of cash collateral

   ☐ on an interim basis through and including (*date*) _____.

   ☒ through the date of confirmation of a chapter 11 plan or dismissal of this case.

2. **NOTICE PROVISIONS AND DEADLINES FOR FILING AND SERVING A WRITTEN RESPONSE:** Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as consent to the relief sought in the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Debtor, the Debtor's attorney, the United States trustee, and also serve a copy on the judge assigned to this bankruptcy case pursuant to LBR 5005-2(d) and the Court Manual.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

a. ☐ **Hearing Requested on Emergency Basis under LBR 9075-1(a):** The Debtor has contacted the court and requested an emergency hearing on less than 48 hours notice. If the court grants the request, you will receive a separate Notice of Hearing that identifies the deadline for you to file and serve a written response. If the court denies the request to set an emergency hearing, the Debtor will provide written notice of a hearing date on regular notice or other disposition of this Motion and the deadline for filing an opposition.

b. ☒ **Hearing Requested on Shortened Notice under LBR 9075-1(b):** The Debtor has filed a separate application asking the court to set a hearing on shortened notice, entitled Application for Order Setting Hearing on Shortened Notice (Application). If the court grants the Application, the Debtor will serve you with another document providing notice. The deadline to file and serve a written response will be contained in this document. If the court denies the Application, the Debtor will provide written notice of a regular hearing date or other proposed disposition of this Motion.

c. ☐ **Hearing Set on Regular Notice: Notice Provided Under LBR 9013-1(d):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing**. Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

d. ☐ **Other** (*specify*):

Date: 02/27/2020

By: /s/ Stella Havkin
Signature of Debtor or attorney for Debtor

Name: Stella Havkin
Printed name of Debtor or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL

1.    Cash collateral is defined in 11 U.S.C. § 363 (Cash Collateral).

2.    Pursuant to 11 U.S.C. § 363(c)(2), a debtor  cannot use Cash Collateral without court approval or the consent of a creditor with an interest in the Cash Collateral.

3.    The Debtor filed this Motion because he/she requires the use of what a creditor or lienholder may claim to be Cash Collateral.

4.    The Debtor in this case filed a voluntary petition.  The court has jurisdiction to grant the relief requested in this motion pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 363.

5.    The Debtor believes that the use of Cash Collateral is necessary for the Debtor to continue the Debtor's operations and to reorganize.

6.    The Debtor believes that adequate protection ☒ is ☐ is not required by law in this case.  **To the extent that the Debtor believes that adequate protection is not required by law under the circumstances of this case, a Memorandum of Points and Authorities is attached hereto addressing that issue.**

7.    Information about each real or personal property owned by the Debtor in which someone may claim a Cash Collateral interest and for which the Debtor seeks court permission to use Cash Collateral, and the Debtor's proposed budget with respect to each such property, is set forth below:

   a.    **Collateral and budget #1 (*check all that apply*):**

      (1)    The collateral (Collateral)

         ☒    Real Property

            Street address:         1929 Rochester Circle
            Unit/suite no.:
            City, state, zip code:     Los Angeles,California 90018
            Legal description or document recording number (*include county of recording*):
            Lot 5 and 6 of Track No. 12353 in the City of Los Angeles, County of Los Angeles, as per map recorded in book 232 page 18 of maps. APN: 5042-020-008.

         ☐    Equipment (*manufacturer, type, and characteristics*):
            Serial number(s):
            Location:

         ☐    Vehicle (*year, manufacturer, type and model*):
            Vehicle identification number:
            Location of vehicle:

         ☐    Rents or accounts receivable (*type, identifying information, and location*):

         ☐    Cash on hand generated from the Collateral (*type, identifying information, and location*):

         ☐    Other personal property (*type, identifying information, and location*):

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                    Page 3                    **F 2081-2.1.MOTION.CASH.COLLATERAL**

(2) Value of Collateral: $ 850,000.00 .

　　☒ Declaration of the Debtor as owner of the Collateral.

　　☐ Declaration of (*specify*)

(3) Income/rent generated: $ 15,390.00 per month gross

(4) Liens:

1st Lien holder: US Bank                     　　　Principal balance due: $ 414,000.00
Monthly payment: $ 2,365.69                  　　　Monthly payment due date: _____
Prepetition arrears: $ 71,170.00             　　　Postpetition arrears $ _____

2nd Lien holder: _____             　　　Principal balance due: $_____
Monthly payment: $_____            　　　Monthly payment due date: _____
Prepetition arrears: $ _____       　　　Postpetition arrears $ _____

3rd Lien holder: _____             　　　Principal balance due: $_____
Monthly payment: $_____            　　　Monthly payment due date: _____
Prepetition arrears: $ _____       　　　Postpetition arrears $ _____

　　☐ Additional liens (see additional attached page)

(5) Equity in the Collateral: $ 436,000.00

(6) <u>Adequate Protection</u>

The Debtor offers:

(a) ☒ the equity in the Collateral above each respective lien.

(b) ☒ the maintenance of the property.

(c) ☒ payments in the following amounts to the following creditors:

　　　Debtor will make ongoing monthly payments.

(d) ☐ the use or sale of the Cash Collateral which will generate more collateral (Replacement Collateral) each month, and the Debtor offers a lien in the Replacement Collateral.

(e) ☐ other:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

(7)  Proposed Monthly Budget ☐ covering period of <u>1/26/20</u> through <u>7/26/20</u> or ☐ through the date of confirmation of a chapter 11 plan or dismissal of this case (or check the box if a Proposed Budget is attached as an exhibit ☒).

INCOME:
Rent:    $ <u>15.390.00</u>
Sales:   $ _____
Other:   $ _____

Total Income:    $ <u>15.390.00</u>

EXPENSES:

| | |
|---|---|
| 1st Lien holder: | $ 2,366.00 |
| 2nd Lien holder: | $ |
| 3rd Lien holder: | $ |
| 4th Lien holder: | $ |
| Property taxes: | $ ☒ included in first lien holder payment |
| Property insurance: | $ ☐ included in first lien holder payment |
| Maintenance: | $ 583.33 |
| Cleaning: | $ |
| Pest control: | $ |
| Landscaping: | $ |
| Management: | $ 3,000.00 |
| Electricity: | $ |
| Gas: | $ |
| Water: | $ 1,616.00 |
| Trash disposal: | $ |
| Supplies: | $ 400.00 |
| Advertising: | $ 416.67 |
| Other: | $ 24.00 |
| Other: | $ 200.00 |
| Other: | $ 499.17 |
| Other: | $ 2,156.83 |

Total Expenses:    $ <u>11,262.00</u>
Net Income:    $ <u>4,128.00</u>

**b.  Collateral and budget #2 (check all that apply):**

(1)  The collateral (Collateral)

☒  Real Property

Street address:          6520/6522 Brynhurst Avenue
Unit/suite no.:
City, state, zip code:   Los Angeles, California 90019
Legal description or document recording number (*include county of recording*):
 Lot 5 and 6 of Track No. 12353, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in book 232 page 18 of Maps in office of County Recorder; APN:: 444 - 4006-019-008.

☐  Equipment (*manufacturer, type, and characteristics*):

Serial number(s):
Location:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

☐ Vehicle (*year, manufacturer, type and model*):

    Vehicle identification number:
    Location of vehicle:

☐ Rents or accounts receivable (*type, identifying information, and location*):

☐ Cash on hand generated from the Collateral (*type, identifying information, and location*):

☐ Other personal property (*type, identifying information, and location*):

(2)  Value of Collateral: $ 835,000.00     . Basis of valuation:

(3)  Income/rent generated: $ 9,690.00    per month.

(4)  Liens:

    1st Lien holder: FCI Lender Services     Principal balance due: $ 277,404.00
    Monthly payment: $ 2,418.48     Monthly payment due date:
    Prepetition arrears: $ 39,803.24     Postpetition arrears $

    2nd Lien holder: LBS Financial     Principal balance due: $ 191,444.00
    Monthly payment: $     Monthly payment due date:
    Prepetition arrears: $     Postpetition arrears $

    3rd Lien holder: IIRS     Principal balance due: $ 575,000.00
    Monthly payment: $     Monthly payment due date:
    Prepetition arrears: $     Postpetition arrears $

    ☐ Additional liens (see additional attached page)

(5)  Equity in the Collateral: $

(6)  <u>Adequate Protection</u>

The Debtor offers:

(a)  ☐  the equity in the Collateral.

(b)  ☒  the maintenance of the property as adequate protection.

(c)  ☒  payments in the following amounts to the following creditors:

    FCI Lender services in the monthly amount of $2,416.48 pending the closing of the sale of the property.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*    Page 6    **F 2081-2.1.MOTION.CASH.COLLATERAL**

(d) ☐ the use or sale of the Cash Collateral generates more collateral (Replacement Collateral) each month, and the Debtor offers a lien in the Replacement Collateral.

(e) ☐ other:

(7) Proposed Monthly Budget ☐ Covering Period of __1/26/20__ through __7/26/20__ or ☐ through the date of confirmation of a chapter 11 plan or dismissal of this case (or check the box if a Proposed Budget is attached as an exhibit ☒).

INCOME:
Rent: $ 9,690.00
Sales: $
Other: $

Total Income:     $ 9,690.00

EXPENSES:
1st Lien holder: $ 2,418.48
2nd Lien holder: $
3rd Lien holder: $
4th Lien holder: $
Property taxes: $
☒ included in first lien holder payment
Property insurance: $
☐ included in first lien holder payment
Maintenance: $ 200.00
Cleaning: $
Pest control: $
Landscaping: $
Management: $ 2,333.33
Electricity: $
Gas: $
Water: $ 1,083.33
Trash disposal: $
Supplies: $
Advertising: $ 83.33
Other: $
Other: $
Other: $
Other: $ 100.00

Total Expenses:     $ 6,218.47
Net Income:     $ 3,471.53

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                    Page 7                        F 2081-2.1.MOTION.CASH.COLLATERAL

**c.** **Collateral and budget #3 (*check all that apply*):**

(1)  Type of Collateral

☒  Real Property

Street address:            1932 Rochester Circle
Unit/suite no.:
City, state, zip code:  Los Angeles, California 90018
Legal description or document recording number (*include county of recording*):

Lots 13, 14 and 15 of Tract No. 12353, in the City of Los Angeles, County  of Los Angeles, State of
California, as per map recorded in book 232 pages 18 and 19 of maps.

☐  Equipment (*manufacturer, type, and characteristics*):
Serial number(s):
Location:

☐  Vehicle (*year, manufacturer, type and model*):
Vehicle identification number:
Location of vehicle:

☐  Rents or accounts receivable (*type, identifying information, and location*):

☐  Cash on hand generated from the Collateral (*type, identifying information, and location*):

☐  Other personal property (*describe type, identifying information, and location*):

(2)  Value of collateral: $ 1,835,000.00          .  Basis of valuation:

(3)  Income/rent generated: $ 27,540.00              per month.

(4)  Liens:

1st Lien holder:  HSBC                              Principal balance due: $  1,098,728.32
Monthly payment: $ 5,491.69                    Monthly payment due date: _____
Prepetition arrears: $ 459,752.31             Postpetition arrears $ _____

2nd Lien holder: _____       Principal balance due: $_____
Monthly payment: $_____       Monthly payment due date: _____
Prepetition arrears: $ _____  Postpetition arrears $ _____

3rd Lien holder: _____       Principal balance due:  $_____
Monthly payment: $_____       Monthly payment due date: _____
Prepetition arrears: $ _____  Postpetition arrears $ _____

☐  Additional liens (see additional attached page)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                            Page 8                    **F 2081-2.1.MOTION.CASH.COLLATERAL**

(5)    Equity in the Collateral: $ _736,272.00_____

(6)    <u>Adequate Protection</u>

The Debtor offers:

(a)    ☒    the equity in the Collateral.

(b)    ☒    the maintenance of the property as adequate protection.

(c)    ☐    payments in the following amounts to the following creditors:

(d)    ☐    the use or sale of the Cash Collateral generates more collateral (Replacement Collateral)
        each month, and the Debtor offers a lien in the Replacement Collateral.

(e)    ☐    other:

(7)    Proposed Monthly Budget ☒ Covering Period of _1/26/20_____ through _7/26/20_____ or ☐ through
        the date of confirmation of a chapter 11 plan or dismissal of this case (or check the box if a Proposed
        Budget is attached as an exhibit ☒).

INCOME:
    Rent:    $ _27,450.00_____
    Sales:   $ _____
    Other:   $ _____

                                Total Income:    $ _27,450.00_____

EXPENSES:
    1st Lien holder:    $ 5,491.69
    2nd Lien holder:    $
    3rd Lien holder:    $
    4th Lien holder:    $
    Property taxes:     $
                        ☒ included in first lien holder payment
    Property insurance: $
                        ☐ included in first lien holder payment
    Maintenance:        $ 333.33
    Cleaning:           $
    Pest control:       $
    Landscaping:        $
    Management:         $ 3,283.33
    Electricity:        $ 350.00
    Gas:                $
    Water:              $ 533.33
    Trash Disposal:     $
    Supplies:           $ 1,333.33
    Advertising:        $ 416.67
    Other:              $ 262.00
    Other:              $ 583.33
    Other:              $ 283.33
    Other:              $ 12,700.00

                        Total Expenses:    $ _25,570.34_____
                        Net Income:        $ _1,879.66_____

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                Page 9                        F 2081-2.1.MOTION.CASH.COLLATERAL

8.   In addition to the expenses set forth in the proposed budget(s), the Debtor requests :

a.   ☒  to use Cash Collateral to pay quarterly fees to the United States trustee and to pay any required fees to the court;

b.   ☒  to deviate from the line item expenses in the proposed budget(s) by no more than __15___ percent on both a line item and aggregate basis without the need to seek further order of the court;

c.   ☒  as some expenses, such as insurance, may not be required to be paid every month, to the extent that the amount allotted to a particular expense in a particular month is not used during that month, the Debtor requests permission to use that unused amount in subsequent months in payment of that particular expense for the duration of the period in which the Debtor is granted the use of Cash Collateral.

9.   ☒  Other than as indicated herein, use of Cash Collateral is not intended to modify the rights of affected lienholders pursuant to the existing agreement between the lienholder(s) and the Debtor.

The Debtor requests that the court allow the use of the Cash Collateral pursuant to the terms of this Motion, the attached Memorandum of Points and Authorities (if any), and the proposed budget(s).

Date:   02/28/2020

By:  /s/ Stella Havkin
_____
Signature of Debtor or attorney for Debtor

Name:  Stella Havkin
_____
Printed name of Debtor or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                          Page 10                  **F 2081-2.1.MOTION.CASH.COLLATERAL**

## DECLARATION OF DEBTOR IN SUPPORT OF
## MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL

I, __Edumnd L. Anderson_____, declare:

1.  I am the Debtor in this bankruptcy case.

2.  The facts asserted in this declaration are of my own personal knowledge.

3.  I am the owner of the Collateral.

4.  The use of Cash Collateral is necessary in this case because:

    It is necessary to operate the rental business and pay expenses for mortgages, utilities, maintenance expenses as well other operating expenses.

5.  The value of the Collateral, the amounts of the claims secured by the respective liens thereon, and the equity in the Collateral, in Exhibits _1-3_ are true and correct.

6.  To the extent that adequate protection is offered and/or required, I offer the forms of adequate protection indicated in the Motion.

7.  The income and expenses listed in the proposed budget(s)) are true and correct.

8.  I propose to use Cash Collateral pursuant to the terms of the Motion, any Memorandum of Points and Authorities attached to the Motion, and the proposed budget(s).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/28/2020 | Edmund L. Anderson | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                                Page 11                        **F 2081-2.1.MOTION.CASH.COLLATERAL**

**EXHIBIT 1**

# Income Statement

**Name**                              **1929 Rochester Circle LA CA 90018**
**Time Period**                       **01/26/2020-07/26/2020**

Financial Statements in U.S. Dollars

## Revenue

| | | | |
|---|---|---|---|
| Gross Sales | 18 Beds @ $28.50 | $       92,340.00 | |
| Less: Sales Returns and Allowances | | | |
| **Net Sales** | | | $       92,340.00 |

## Cost of Goods Sold

| | | |
|---|---|---|
| Beginning Inventory | | |
| Add:        Purchases | | |
| Freight-in | | |
| Direct Labor | | |
| Indirect Expenses | | |
| Inventory Available | $              - | |
| Less: Ending Inventory | | |
| **Cost of Goods Sold** | | $              - |
| | | |
| **Gross Profit (Loss)** | | $       92,340.00 |

## Expenses

| | | |
|---|---|---|
| Advertising | $        2,500.00 | |
| Amortization | | |
| Bad Debts | | |
| Bank Charges | $           144.00 | |
| Charitable Contributions | | |
| Commissions | $        1,200.00 | |
| Contract Labor | $       12,000.00 | |
| Depreciation | | |
| Dues and Subscriptions | | |
| Employee Benefit Programs | | |
| Insurance | | |
| Interest | | |
| Legal and Professional Fees | $        1,500.00 | |
| Licenses and Fees/Booking Software | $        1,495.00 | |
| Miscellaneous/Merchant Fees | $       12,941.00 | |
| Office Expense | | |
| Payroll Taxes | | |
| Postage | | |
| Rent/mortgage | $       14,196.00 | |
| Repairs and Maintenance | $        3,500.00 | |
| Supplies | $        2,400.00 | |
| Telephone | $        3,300.00 | |
| Travel | | |
| Utilities | $        6,400.00 | |
| Vehicle Expenses | | |
| Wages/management expenses | $        6,000.00 | |
| **Total Expenses** | | $       67,576.00 |
| | | |
| **Net Operating Income** | | $       24,764.00 |

## Other Income

| | | |
|---|---|---|
| Gain (Loss) on Sale of Assets | | |
| Interest Income | | |
| **Total Other Income** | | $              - |
| | | |
| **Net Income (Loss)** | | $       24,764.00 |

**EXHIBIT 2**

# Income Statement

| Name | 6520/6522 Brynhurst Ave  LA CA 90018 |
|---|---|
| Time Period | 01/26/2020-07/26/2020 |

Financial Statements in U.S. Dollars

## Revenue

| | | |
|---|---|---|
| Gross Sales | 8 Beds @ $28.50 | $ 58,140.00 |
| Less: Sales Returns and Allowances | | |
| **Net Sales** | | $ 58,140.00 |

## Cost of Goods Sold

| | |
|---|---|
| Beginning Inventory | |
| Add:        Purchases | |
|              Freight-in | |
|              Direct Labor | |
|              Indirect Expenses | |
| Inventory Available | $ - |
| Less: Ending Inventory | |
| **Cost of Goods Sold** | $ - |
| | |
| **Gross Profit (Loss)** | $ 58,140.00 |

## Expenses

| | |
|---|---|
| Advertising | $ 500.00 |
| Amortization | |
| Bad Debts | |
| Bank Charges | |
| Charitable Contributions | |
| Commissions | |
| Contract Labor | $ 2,000.00 |
| Depreciation | |
| Dues and Subscriptions | |
| Employee Benefit Programs | |
| Insurance | $ 600.00 |
| Interest | |
| Legal and Professional Fees | |
| Licenses and Fees/Booking Software | $ 100.00 |
| Miscellaneous/Merchant Fees | |
| Office Expense | |
| Payroll Taxes | |
| Postage | |
| Rent/Mortgage | $ 14,510.88 |
| Repairs and Maintenance | $ 1,200.00 |
| Supplies | |
| Telephone | $ 3,500.00 |
| Travel | |
| Utilities | $ 3,000.00 |
| Vehicle Expenses | |
| Wages/management fees | $ 12,000.00 |
| **Total Expenses** | $ 37,410.88 |
| | |
| **Net Operating Income** | $ 20,729.12 |

## Other Income

| | |
|---|---|
| Gain (Loss) on Sale of Assets | |
| Interest Income | |
| **Total Other Income** | $ - |
| | |
| **Net Income (Loss)** | $ 20,729.12 |

**EXHIBIT 3**

# Income Statement

| | | |
|---|---|---|
| **Name** | **1932 Rochester Circle LA CA 90018** | |
| **Time Period** | **01/26/2020-07/26/2020** | |

Financial Statements in U.S. Dollars

## Revenue

| | | | |
|---|---|---|---|
| Gross Sales | 24 Beds @ $45 | $    165,240.00 | |
| Less: Sales Returns and Allowances | | | |
| **Net Sales** | | | $    165,240.00 |

## Cost of Goods Sold

| | | | |
|---|---|---|---|
| Beginning Inventory | | | |
| Add:        Purchases | | | |
|        Freight-in | | | |
|        Direct Labor | | | |
|        Indirect Expenses | | | |
| Inventory Available | | $    - | |
| Less: Ending Inventory | | | |
| **Cost of Goods Sold** | | | $    - |
| | | | |
| **Gross Profit (Loss)** | | | $    165,240.00 |

## Expenses

| | | |
|---|---|---|
| Advertising | $    2,500.00 | |
| Amortization | | |
| BK Dues | $    76,200.00 | |
| Bank Charges | $    144.00 | |
| Charitable Contributions | | |
| Commissions | $    1,200.00 | |
| Contract Labor | $    13,000.00 | |
| Depreciation | | |
| Dues and Subscriptions | | |
| Employee Benefit Programs | | |
| Insurance | $    1,200.00 | |
| Interest | | |
| Legal and Professional Fees | $    1,500.00 | |
| Licenses and Fees/Booking Software | $    300.00 | |
| Miscellaneous/Merchant Fees | $    3,500.00 | |
| Office Expense | $    1,400.00 | |
| Payroll Taxes | | |
| Postage | | |
| Rent | $    32,950.00 | |
| Repairs and Maintenance | $    2,000.00 | |
| Supplies | $    8,000.00 | |
| Telephone | $    3,300.00 | |
| Travel | $    1,200.00 | |
| Utilities | $    3,200.00 | |
| Vehicle Expenses | | |
| Wages | $    11,800.00 | |
| **Total Expenses** | | $    163,394.00 |
| | | |
| **Net Operating Income** | | $    1,846.00 |

## Other Income

| | | |
|---|---|---|
| Gain (Loss) on Sale of Entire Home Rental | | |
| Interest Income | | |
| **Total Other Income** | | $    - |
| | | |
| **Net Income (Loss)** | | $    1,846.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

5950 Canoga Avenue, Suite 400, Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled (*specify*): Notice of Motion and Motion for Authorization to
Use Cash Collateral; Declaration of Edmund L. Anderson

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
03/01/2020           , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

ustpregion16.la.ecf@usdoj.gov    Cook@SqueezeBloodFromTurnip.com  amipbk@ghidottiberger.com
havkinlaw@earthlink.net; stella@havkinandshrago.com  dare.law@usdoj.gov
ssiegel@laklawyers.com, smcfadden@laklawyers.com
bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)    03/01/2020           , I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)                    , I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/01/2020 | Stella Havkin | /s/ Stella Havkin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

AMIP Management
3020 Old Ranch Parkway, Suite 180
Seal Beach, CA 90740

Avrumie Schnitzer et.al.
David Cook Collection Attorneys, PL
165 Fell Street
San Francisco, CA 94120-2000

California Credit Union
P.O. Box 29100
Glendale, CA 91209

Colony Marina Investors, LLC
c/o Kimball, Tire & St. John LLP
1202 Kettner Blvd., Fifth Floor
San Diego, CA 92101

Deutsche Bank National Trust Compan
c/o Select Portfolio Servicing, Inc
P.O. Box 65250
Salt Lake City, UT 84650-2500

FCI  Lender Services, Inc.
P.O. Box 27370
Anaheim, CA 92809

Gaba Guierrini Law Corporation
8583 Irvine Center Drive, Suite 500
Irvine, CA 92618

Henry D. Paloci III PA
5210 Lewis Road 5
Agoura Hills, CA 91301

HSBC Bank, N.A.
PHH Mortgage Corporation
1 Mortgage Way - Mail Stop SV22
Blawenburg, NJ 08504

Internal Revenue Service
300 N. Los Angeles Street, MS-5027
Los Angeles, CA 90012

Jacob and Maryam Haiavy
c/o Scott Howard Seigel, Esq.
Levinson, Arshonsky & Kurtz, LLP
15303 Ventura Blvd., Ste 1650
Sherman Oaks, CA 91403

LSB Financial Credit Union
P.O. Box 4860
Long Beach, CA 90804

Mobile Mini, Inc.
12021 Wilshire Boulevard, #510
Los Angeles, IA 51000

National Default Servicing Corp.
7720 N. 16th Street, Sujite 300
Phoenix, AZ 85020

Peter T. Erdelyi and  Associates
A&M Financial Services, Inc. .
6355 Topanga Canyon Blvd, Ste 255,
Woodland Hills, CA 91367

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite 15
Dallas, TX 75247-4029

Southern California Edison Company
1551 W. San Bernadino Road
Covina, CA 91722

The Bank of New York Mellon
c/o Select Portfolio Servicing, Inc
P.O. box 65250
Salt Lake City, UT 84165-0250

Two Jinn Inc.
Attn: FSD Bk SV50-4186441
Carlsbad, CA 92018

US Bank National Association
SN Servicing Corporation
323 5th Street
Eureka, CA 95501

Verizon Wireless
P.O. Box 26055
Minneapolis, MN 55426