1  Stella Havkin (SBN 134334)
   Havkin & Shrago
2  Attorneys at Law
   5950 Canoga Avenue, Suite 400
3  Woodland Hills, CA 91367
   Telephone: (818) 999-1568
4  Facsimile:  (818) 305-6040
   Email: stella@havkinandshrago.com
5

6
   Attorneys for Edmund Lincoln Anderson 11 Debtor and Debtor in Possession
7

8
                    **UNITED STATES BANKRUPTCY COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10
                        **LOS ANGELES DIVISION**
11

12
   In re                                    )
13                                           )  Case No.  2:20-bk-11333-NB
                                             )
14 Edmund Lincoln Anderson,                  )  Chapter 11
                                             )
15                                           )  **REPORT OF SALE OF ESTATE**
                                             )  **PROPERTY**
       Debtor and Debtor in Possession.      )
16                                           )
                                             )
17                                           )
                                             )
18                                           )
                                             )
19                                           )
                                             )
20                                           )
                                             )
21                                           )

22

23

24

25

26

27

28 Report of Sale

1    **TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY**

2  **JUDGE, OFFICE OF UNITED STATES TRUSTEE, CREDITORS, AND ALL OTHER**

3  **PARTIES IN INTEREST:**

4       Debtor and Debtor in Possession Edmund Lincoln Anderson (the "Debtor") through her

5  attorneys of record, files this Report of Sale pursuant to FRBP Rule 6004(f)(1) and LBR

6  6004-1(g). The Debtor has sold the following property of the Estate. A true and

7  correct copy of the escrow closing statement is attached hereto as Exhibit "1."

8       Asset sold: Real Property located at 6520-6522 Brynhurst Avenue, Los

9  Angeles, California 90043.

10       Purchaser:.  Dunn Development II, LLC.

11       Sale price: $957,000.

12
   Dated:  January 19, 2021                    **HAVKIN & SHRAGO**
13

14                                      By:   */s/ Stella Havkin*
                                             STELLA HAVKIN
15                                           Attorneys for Edmund Lincoln Anderson
                                             Chapter 11 Debtor and Debtor in Possession
16

17

18

19

20

21

22

23

24

25

26

27

28

Report of Sale of Estate Property

**EXHIBIT 1**

**BETTER** escrow service

3303 Burbank Boulevard
Burbank, CA 91505
Sebastian Amirian, VP/Sr. Escrow Officer
Phone: (818) 381-5646
Fax: (877) 310-4920
sebastian@betterescrowservice.com

## SELLER'S FINAL SETTLEMENT STATEMENT

| | | | |
|---|---|---|---|
| **PROPERTY:** | 6520 Brynhurst Avenue<br>Los Angeles, CA 90043 | **DATE:** | January 19, 2021 |
| **SELLER:** | Edmund Lincoln Anderson | **CLOSING DATE:**<br>**ESCROW NO.:** | January 19, 2021<br>005915-SA |

| | DEBITS | CREDITS |
|---|---|---|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | | 957,000.00 |
| | | |
| **PAYOFF CHARGES - Wilmington Savings Fund Society, FSB**<br>**[Total Payoff $296,203.66]** | | |
| Principal Balance | 249,609.46 | |
| Interest on Principal Balance to 01/21/2021 | 31,134.15 | |
| Escrow Balance | -1,445.73 | |
| Unpaid Charges | 12,815.32 | |
| Unpaid Late Charges | 1,178.61 | |
| Other Fees | 2,891.85 | |
| Lender Wire | 20.00 | |
| | | |
| **PAYOFF CHARGES - LBS FINANCIAL CU**<br>**[Total Payoff $135,000.00]** | | |
| Settlement | 135,000.00 | |
| | | |
| **PAYOFF CHARGES - Internal Revenue Service**<br>**[Total Payoff $105,467.76]** | | |
| Payoff IRS | 105,467.76 | |
| | | |
| **PAYOFF CHARGES - CITY OF LOS ANGELES - HCIDLA**<br>**[Total Payoff $6,506.55]** | | |
| Payoff Amount | 6,506.55 | |
| | | |
| **PRORATIONS/ADJUSTMENTS** | | |
| County Taxes at $5,027.99/annually from 01/13/2021 to 07/01/2021 | | 2,328.03 |
| | | |
| **COMMISSION CHARGES** | | |
| Nationwide Real Estate Executives | 28,710.00 | |
| Nationwide Real Estate Executives | 19,140.00 | |
| | | |
| **OTHER DEBITS/CREDITS** | | |
| MyNHD, Inc. for Disclosure Report # 13394-120 | 94.95 | |
| J.R. Olsen Bonds Lost Note Bond - Reference # JRO-0054550 | 10,050.00 | |
| Franchise Tax Board for CA 3 1/3 Withholding | 31,868.10 | |
| Havkin & Shrago for IRS as an estimated tax payment | 50,000.00 | |
| | | |
| **TITLE/TAXES/RECORDING CHARGES - Orange Coast Title Co.** | | |
| Title - Owner's Title Insurance | 2,089.00 | |
| Title - Messenger Fee | 45.00 | |
| Title - Sub Escrow Fee | 62.50 | |
| Title - Wire Fee | 37.50 | |
| Title - Inspection Fee | 90.00 | |
| Recording Grant Deed | 12.50 | |
| Recording Quitclaim Deed | 30.00 | |
| Recording Sale Motion | 62.50 | |
| Recording Lost Note Bond | 123.00 | |
| Recording Service Fee | 12.50 | |
| Transfer Tax - County to Los Angeles County | 1,052.00 | |
| Transfer Tax - City to City of Los Angeles | 4,306.50 | |
| Delinquent Taxes 2018/2019/Regular-Both to Los Angeles County<br>Tax Collector | 9,592.64 | |
| 1st Half Taxes 2020/2021 + Penalty to Los Angeles County Tax<br>Collector | 2,765.40 | |
| 2nd Half Taxes 2020/2021 | 2,513.99 | |
| | | |
| **ESCROW CHARGES - Better Escrow Service** | | |
| Title - Escrow Fee | 2,453.25 | |
| Title - Uninsured Affidavit | 200.00 | |
| Title - Document Preparation | 500.00 | |
| Title - Drawing Grant Deed | 50.00 | |

*Certified to be a true
and exact copy of
the original*
*[signature]*
_____

Date:  January 19, 2021

Escrow No.:  005915-SA

Page 2 of 2:

| | |
|---|---:|
| Title - Drawing Quitclaim Deed | 100.00 |
| Title - Processing Lost Note Bond & Update | 500.00 |
| Title - CA593 Processing | 45.00 |
| Title - Audit/Archive Fee | 100.00 |
| Title - Overnight Services to BES Fees | 267.87 |
| Title - 4 Demand Processing Fees X 3 | 800.00 |
| Title - Banking/Wire Fees to BES Fees | 50.00 |
| Title - Travelling Notary Service to Lennette Kessell | 70.00 |
| Title - Travelling Notary Service to Roxanne Pineda | 35.00 |
| Title - Several Messenger Fees to Sebastian Amirian | 250.00 |

**Net Proceeds**

248,070.86

**TOTAL**

$  959,328.03     $   959,328.03

**SAVE THIS STATEMENT FOR INCOME TAX PURPOSES**

*Certified to be a true*
*and exact copy of*
*the original*

_____

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

5950 Canoga Avenue, Suite 400, Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled (*specify*): Report of Sale of Estate Property _____

_____

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/20/2021_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ustpregion16.la.ecf@usdoj.gov   Cook@SqueezeBloodFromTurnip.com  amipbk@ghidottiberger.com
havkinlaw@earthlink.net; stella@havkinandshrago.com  dare.law@usdoj.gov
ssiegel@laklawyers.com, smcfadden@laklawyers.com

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __01/20/2021_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/20/2021 | Stella Havkin | | /s/ Stella Havkin |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

David J Cook on behalf of Attorney David J. Cook
Cook@SqueezeBloodFromTurnip.com

Stella A Havkin on behalf of Debtor Edmund Lincoln Anderson
stella@havkinandshrago.com, havkinlaw@earthlink.net;r49306@notify.bestcase.com

Kelly M Kaufmann on behalf of Creditor Deutsche Bank National Trust Company, as Trustee, in trust for
the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-WMC1, Mortgage Pass-Through
Certificates, Series 2005-WMC1
bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Kelly M Kaufmann on behalf of Creditor HSBC Bank USA National Association, as Trustee on behalf of the
certificate holders of Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA3
bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Kelly M Kaufmann on behalf of Creditor The Bank of New York Mellon, f/k/a The Bank of New York, as
trustee, on behalf of the holders of the Alternative Loan Trust 2007-HY9, Mortgage Pass-Through
Certificates Series 2007-HY9
bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Scott H Siegel on behalf of Attorney Scott Siegel
ssiegel@laklawyers.com, smcfadden@laklawyers.com

Scott H Siegel on behalf of Creditor Jacob Haiavy
ssiegel@laklawyers.com, smcfadden@laklawyers.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

AMIP Management
3020 Old Ranch Parkway, Suite 180
Seal Beach, CA 90740

Avrumie Schnitzer et.al.
David Cook Collection Attorneys, PL
165 Fell Street
San Francisco, CA 94120-2000

California Credit Union
P.O. Box 29100
Glendale, CA 91209

Colony Marina Investors, LLC
c/o Kimball, Tire & St. John LLP
1202 Kettner Blvd., Fifth Floor
San Diego, CA 92101

Deutsche Bank National Trust Compan
c/o Select Portfolio Servicing, Inc
P.O. Box 65250
Salt Lake City, UT 84650-2500

FCI  Lender Services, Inc.
P.O. Box 27370
Anaheim, CA 92809

Gaba Guierrini Law Corporation
8583 Irvine Center Drive, Suite 500
Irvine, CA 92618

Henry D. Paloci III PA
5210 Lewis Road 5
Agoura Hills, CA 91301

HSBC Bank, N.A.
PHH Mortgage Corporation
1 Mortgage Way - Mail Stop SV22
Blawenburg, NJ 08504

Internal Revenue Service
300 N. Los Angeles Street, MS-5027
Los Angeles, CA 90012

Jacob and Maryam Haiavy
c/o Scott Howard Seigel, Esq.
Levinson, Arshonsky & Kurtz, LLP
15303 Ventura Blvd., Ste 1650
Sherman Oaks, CA 91403

LSB Financial Credit Union
P.O. Box 4860
Long Beach, CA 90804

Mobile Mini, Inc.
12021 Wilshire Boulevard, #510
Los Angeles, IA 51000

National Default Servicing Corp.
7720 N. 16th Street, Sujite 300
Phoenix, AZ 85020

Peter T. Erdelyi and  Associates
A&M Financial Services, Inc. .
6355 Topanga Canyon Blvd, Ste 255,
Woodland Hills, CA 91367

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite 15
Dallas, TX 75247-4029

Southern California Edison Company
1551 W. San Bernadino Road
Covina, CA 91722

The Bank of New York Mellon
c/o Select Portfolio Servicing, Inc
P.O. box 65250
Salt Lake City, UT 84165-0250

Two Jinn Inc.
Attn: FSD Bk SV50-4186441
Carlsbad, CA 92018

US Bank National Association
SN Servicing Corporation
323 5th Street
Eureka, CA 95501

Verizon Wireless
P.O. Box 26055
Minneapolis, MN 55426