Toan B. Chung, SBN 276505
**ROQUEMORE, PRINGLE & MOORE, INC.**
6055 E. Washington Blvd., Suite 500
Los Angeles, CA  90040-2466
Tel No. (323) 724-3117
Fax No. (323) 724-5410

Attorney for John P. Pringle,
Chapter 7 Trustee

FILED & ENTERED

NOV 12 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**Edmund Lincoln Anderson,**<br><br>                    Debtor. | Case No.  2:20-bk-11333-NB<br><br>Chapter 7<br>[Previous Chapter 11]<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND THE INTERNAL REVENUE SERVICE RE TURNOVER OF SALE PROCEEDS**<br><br>[Stipulation filed concurrently herein pursuant to Local Rule 9021-1(b)(2)] |

**IN SAID DISTRICT AT LOS ANGELES, CALIFORNIA ON THE DATE ASCRIBED BELOW:**

The Court, having reviewed the Stipulation entered into by and between the United States of America, on behalf of its agency the Internal Revenue Service (the "IRS"), on the one hand, and Chapter 7 Trustee John P. Pringle (the "Trustee") on the other hand, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Stipulation is approved; and

**IT IS HEREBY FURTHER ORDERED** that the Trustee is authorized to surcharge the

1 | IRS $3,024.80 from the $248,071.00 sale proceeds. From said $3,024.80, the Trustee is authorized to (1) reimbursement himself $2,000.00 for bonds paid out-of-pocket; and (2) pay Trustee Insurance Agency $1,024.80 for insurance obtained without further order from the Court; and

**IT IS HEREBY FURTHER ORDERED** that the Trustee shall disburse the remaining amount of $245,046.20 to the IRS within seven (7) days of entry of Order approving this Stipulation.

###

Date: November 12, 2021

Neil W. Bason
United States Bankruptcy Judge